IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.   CASE NO.: 4:02-CR-045-SPM

**CEDRIC RAHMINGS,**

    **Defendant.**
_____/

### ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Government's Motion to Continue Sentencing" (doc. 203) filed April 27, 2005, in which the Government explains Defendant's continued cooperation and notes that his testimony will be needed in the upcoming trial of codefendant Richard Hall. For good cause shown, it is

**ORDERED AND ADJUDGED**:

1. The Motion to Continue (doc. 203) is hereby *granted*.

2. Sentencing is reset for *Monday, July 18, 2005* at *1:30pm* at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this twenty-eighth day of April, 2005.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge

/pao