✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CEDRIC J. RAHMINGS | ) | Case No:  4:02cr45-05 |
| | ) | USM No:  70883-004 |
| Date of Previous Judgment:     August 15, 2005 | ) | Stephen M. Kunz |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ 112 _____ months **is reduced to** _____ 91 _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range:  168  to  210  months | | Amended Guideline Range:  135  to  168  months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III.  ADDITIONAL COMMENTS

This substantial assistance motion received by the Defendant from the Government resulted in a sentence that was 40% lower than the midpoint of the original guideline range. This new sentence is a 40% reduction from the midpoint of the *amended* guideline range.

Except as provided above, all provisions of the judgment dated _____ August 15, 2005 _____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:     April 8, 2009

*s/ Stephan P. Mickle*
Judge's signature

Effective Date: _____
(if different from order date)

Stephan P. Mickle, District Judge
Printed  name  and  title